UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CRIMINAL NO. 3:02CR247 (DJS) |
| | : |
| YASMIN AHMED a/k/a YASMIN TARIQ | : |
| a/k/a FATIMAH MOHAMMAD; | : |
| TARIQ AHMED a/k/a TARIQ AMIN | : |
| a/k/a TARIQ AHMAD AMIN; | : |
| ADVANCED TECHNICAL SYSTEMS; | : |
| and NEAZ TRADING CORPORATION | : JANUARY 28, 2005 |

## DEFENDANT'S MOTION FOR RETURN OF MORTGAGE DEED

The defendant, Yasmin Ahmed, hereby files this motion for return of the mortgage deed she filed with the court on August 27, 2003. Pursuant to this court's order, Ms. Ahmed was required to file a mortgage deed with three of her properties to secure a bond for her release. Ms. Ahmed filed mortgage deed papers for property located at 1129 W Raven, Chandler, AZ, 2195 SE 53rd Hillsboro OR and 14902 SW Emerald Court, Beaverton, OR.

This court issued a notice on January 19, 2005 that it will destroy said mortgage deed unless Ms. Ahmed files a motion for its return.

WHEREFORE, Ms. Ahmed seeks the return of the mortgage deed.

DEFENDANT
YASMIN AHMED

By _/s/ Marion Manzo_
James A. Wade (ct 00086)
Marion Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: jwade@rc.com
       mmanzo@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed and mailed to the following on this 28th day of January, 2005:

Robert Appleton
Asst. United States Attorney
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT  06604

_____
Marion Manzo