```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

UNITED STATES OF AMERICA

V.                                          Case Number:   3:02CR247 (DJS)

YASMIN AHMED a/k/a YASMIN TARIQ
a/k/a FATIMAH MOHMMAD;
TARIQ AHMED a/k/a TARIQ AMIN
a/k/a TARIQ AHMAD AMIN;
ADVANCED TECHNICAL SYSTEMS;
and NEAZ TRADING CORPORATION

**ENDORSEMENT ORDER**

Doc. #57 Defendant's Motion for Return of Mortgage Deed is **GRANTED**.

    Dated at Hartford, Connecticut, January 31, 2005.

                                          /s/ DJS
                                          U.S. District Judge